1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH E. GLYNN,

11           Plaintiff,                    No. 2:11-cv-3165 LKK KJN P

12        vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,

15           Defendants.                   <u>ORDER</u>
     _____/

16

17           Pursuant to the mailbox rule, on January 14, 2012, plaintiff filed a request for

18   reconsideration of the magistrate judge's order filed January 4, 2012, dismissing with leave to

19   amend, in part, plaintiff's complaint.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's

20   orders shall be upheld unless "clearly erroneous or contrary to law."

21           An order dismissing of a claim with leave to amend is considered a non-dispositive order,

22   and is within the scope of the magistrate judge's authority. <u>McKeever v. Block</u>, 932 F.2d 795,

23   798 (9th Cir. 1991).

24           Upon review of the entire file, the court finds that it does not appear that the magistrate

25   judge's ruling was clearly erroneous or contrary to law. Therefore, IT IS HEREBY ORDERED

26   that:

1. Upon reconsideration, the order of the magistrate judge filed January 4, 2012 is affirmed;

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

DATED:   March 16, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT