IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH E. GLYNN,

        Plaintiff,                    No. 2: 11-cv-3165 LKK KJN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

        Defendants.             ORDER

_____/

        On February 8, 2012, plaintiff filed a letter requesting the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

        On February 1, 2012, plaintiff filed a motion for an extension of time to file an amended complaint. At the time plaintiff filed this motion, his request for reconsideration of the

January 4, 2012 order dismissing his complaint with leave to amend was pending before the district court. On March 19, 2012, the Honorable Lawrence K. Karlton affirmed the January 4, 2012 order and granted plaintiff thirty days to file an amended complaint. Under these circumstances, plaintiff's February 1, 2012 motion for an extension of time to file an amended complaint is unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 8, 2012 motion for the appointment of counsel (Dkt. No. 13) is denied;

2. Plaintiff's February 1, 2012 motion for an extension of time (Dkt. No. 12) is denied.

DATED: March 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gl3165.31

2