1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH GLYNN,

11              Plaintiff,                    No. 2: 11-cv-3165 LKK KJN P

12        vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,
14   et al.,

15              Defendants.              FINDINGS & RECOMMENDATIONS

16   _____/

17              On March 19, 2012, plaintiff was granted thirty days to file an amended

18   complaint.  The thirty day period has now expired, and plaintiff has not filed an amended

19   complaint or otherwise responded to the court's order.

20              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22              These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

24   one days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Any response to the objections shall be filed and served

1

1  within fourteen days after service of the objections.  Plaintiff is advised that failure to file

2  objections within the specified time may waive the right to appeal the District Court's order.

3  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4  DATED:  May 8, 2012

5

6

7  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

8  gl3165.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26