IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH E. GLYNN,

      Plaintiff,                                No. 2: 11-cv-3165 LKK KJN P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.                     <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("RA").

        On January 4, 2012, the undersigned issued an order screening plaintiff's complaint. The undersigned dismissed all claims but for plaintiff's Equal Protection claim against defendant Rolon. Plaintiff was granted thirty days to file an amended complaint. On March 19, 2012, plaintiff was granted an additional thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. On May 9, 2012, the undersigned recommended that this action be dismissed.

////

1

Because plaintiff stated a potentially colorable claim against defendant Rolon, the May 9, 2012 findings and recommendations were issued in error. Accordingly, the May 9, 2012 findings and recommendations are vacated, and plaintiff is directed to submit the forms necessary for service of defendant Rolon.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The May 9, 2012 finding and recommendations (Dkt. No. 16) are vacated;

2. Service is appropriate for the following defendants: Rolon.

3. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the complaint filed November 30, 2011.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed complaint filed November 30, 2011.

5. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gl3165.ord

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RALPH E. GLYNN,
11            Plaintiff,                    No. 2: 11-cv-3165 LKK KJN P
12        vs.
13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,                NOTICE OF SUBMISSION
                 Defendants.                OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            __1__       completed summons form
19            __1__       completed USM-285 form
20            __2__       copies of the  November 30, 2011
21                                       Complaint
22   DATED:
23
24                                          _____
25                                          Plaintiff
26
```