IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH E. GLYNN,

      Plaintiff,                           No. 2: 11-cv-3165 LKK KJN P

     vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

      Defendants.                    <u>ORDER</u>

_____/

On March 26, 2012, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. On July 27, 2012, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of March 26, 2012 is therefore untimely.

////
////
////
////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's July 27, 2012 request for
2  reconsideration is denied.
3  DATED: August 31, 2012.

```
                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```