IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH E. GLYNN,

      Plaintiff,                      No. 2:11-cv-3165 LKK KJN P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner, proceeding pro se, in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On December 27, 2012, defendants filed a motion to strike plaintiff's December 12, 2012 reply to defendants' answer. Plaintiff filed no opposition.

        Rule 7(a) of the Federal Rules of Civil Procedure provides, in pertinent part:

        (a) Pleadings. <u>Only these pleadings are allowed</u>:

        (1) a complaint;

        (2) an answer to a complaint;

        . . .

        (7) <u>if the court orders one</u>, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added). The court did not order plaintiff to reply to defendants'

answer and declines to make such an order. Thus, defendants' motion to strike is well taken, and plaintiff's reply is stricken.

On January 18, 2013, plaintiff filed a motion for inmate witness James Johnson to appear as a witness at trial in this action. However, plaintiff's motion is premature. In this court's October 19, 2012 order, plaintiff was directed to file motions for witnesses who agree to testify voluntarily with the pretrial statement. (Dkt. No. 32.) Discovery and dispositive law and motion have not yet concluded; thus, plaintiff's motion is premature and is denied without prejudice to its renewal with plaintiff's pretrial statement. Once dispositive motions have been resolved, the court will issue a scheduling order that sets the deadline for filing pretrial statements.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants motion to strike (dkt. no. 42) is granted;

2. Plaintiff's reply (dkt. no. 41) is stricken; and

3. Plaintiff's motion for witness (dkt. no. 43) is denied without prejudice.

DATED: February 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

glyn3165.77e